UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:26-cr-50

vs.

MARSHALL DISNEY,

District Judge Michael J. Newman

Defendant.

---

## SCHEDULING ORDER

---

This criminal case is before the Court following Defendant's indictment on June 9, 2026 (Doc. No. 4), and arraignment on June 16, 2026. The parties have filed a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **September 26, 2026.**[1] Doc. No. 20. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **August 18, 2026** |
| Motion filing deadline: | **August 21, 2026** |
| Status report deadline: | **August 28, 2026** |
| Final pretrial conference: | **August 31, 2026 at 2:30 pm** |
| Jury trial: | **September 14, 2026 at 9:30 am** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

August 17, 2026

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.